# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| HURRICANE WORK L L C | CIVIL ACTION NO. 25-0842 |
| VERSUS | JUDGE DONALD E. WALTER |
| QUERBES & NELSON ET AL. | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's Motion to Remand (Record Document 19) is **GRANTED**, and that this case is remanded to the Eleventh Judicial District Court, Sabine Parish, Louisiana.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 20th day of October, 2025.

*Donald E Walter*
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE